<pre>
              IN THE UNITED STATES DISTRICT COURT
           FOR THE EASTERN DISTRICT OF PENNSYLVANIA


JOHN SCHWARTZ and              )
PATRICIA SCHWARTZ,             )   Civil Action
                               )   No. 07-CV-03644
          Plaintiffs           )
                               )
     vs.                       )
                               )
NORTHSTAR LOCATION             )
  SERVICES LLC;                )
TED RAYMOND; and               )
ERIC WEST,                     )
                               )
          Defendants           )
</pre>

O R D E R

NOW, this 24th day of October, 2007, it appearing by the attached letter from plaintiffs' counsel received October 23, 2007 that all issues between plaintiffs and defendants have been settled, and upon Order of the court pursuant to the provisions of Rule 41.1(b) of the Rules of Civil Procedure for the United States District Court for the Eastern District of Pennsylvania effective July 1, 1995,

	IT IS ORDERED that this action is dismissed with prejudice, without costs.

	IT IS FURTHER ORDERED that pursuant to Rule 41.1(b) the within dismissal Order "may be vacated, modified, or stricken from the record, for cause shown, upon the application of any

party served within ninety (90) days of the entry of" the within Order.

                                        BY THE COURT:


                                        /s/ James Knoll Gardner
                                        James Knoll Gardner
                                        United States District Judge